# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DRIANA MARTINEZ,

    Plaintiff,

v.                                        CASE NO.  8:18-cv-2442-T-02CPT

ASKINS & MILLER ORTHOPAEDICS,
ROLAND VANCE ASKINS III,
DARYL MILLER, and
CHRIS KLINGENSMITH,

    Defendants.
_____/

## O R D E R

Upon due consideration of the Suggestion of Bankruptcy as to Roland Vance Askins III only (Dkt. 29), all proceedings in this case are stayed pursuant to the automatic stay provision of the United States Bankruptcy Code, 11 U.S.C. § 362(a) **as to Roland Vance Askins III only.**

**DONE AND ORDERED** at Tampa, Florida, on March 11, 2019.

                                                s/*William F. Jung*
                                                **WILLIAM F. JUNG**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record